# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ALLSTATE INDEMNITY COMPANY,

        Plaintiff,

vs.

KEITH HARRIMAN,

        Defendant.

Case No. 2:11-cv-00272-PMP-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed February 17, 2011. Defendant filed his Answer (#8) on March 21, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 23, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 11th day of May, 2011.

                                                                    GEORGE FOLEY, JR.
                                                                    United States Magistrate Judge