UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KEITH HARRIMAN, an individual, )<br>)<br>Defendant. )<br>) | 2:11-CV-00272-PMP-GWF<br><br>**ORDER** |

The Court having read and considered Counter-Defendant's fully briefed Motion to Bifurcate Trial (Doc. #16) filed August 30, 2011, and good cause appearing,

**IT IS ORDERED that** Counter-Defendant Allstate Indemnity Company's Motion to Bifurcate Trial (Doc. #16) is DENIED.

September 28, 2011.

PHILIP M. PRO
United States District Judge