UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ALLSTATE INDEMNITY COMPANY, an Illinois corporation,

Plaintiff,

vs.

KEITH HARRIMAN, an individual,

Defendant.

2:11-CV-00272-PMP-GWF

**ORDER**

The Court having read and considered Plaintiff's Motion for Summary Judgment (Doc. #29), Defendant's Response thereto (Doc. #32) and Plaintiff's Reply (Doc. #33), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. #29) is **DENIED**.

Dated: January 27, 2012.

_____
PHILIP M. PRO
United States District Judge