UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH HARRIMAN, an individual,<br><br>Defendant. | 2:11-CV-00272-PMP-GWF<br><br>**ORDER** |

The Court having read and considered Plaintiff's Motion for Summary Judgment (Doc. #29), Defendant's Response thereto (Doc. #32) and Plaintiff's Reply (Doc. #33), and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. #29) is **DENIED**.

Dated: January 27, 2012.

PHILIP M. PRO
United States District Judge