GORDAN M. PARK, ESQ.
Nevada Bar No. 7124
MCCORMICK BARSTOW LLP
8337 W. Sunset Rd., Suite 350
Las Vegas, Nevada 89113

CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
PYATT SILVESTRI & HANLON
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

Attorneys for Counterdefendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH HARRIMAN, an individual,<br><br>Defendant. | CASE NO.: 2:11-CV-00272-PMP-GWF |
| KEITH HARRIMAN, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation,<br><br>Counterdefendant. | |

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE
### No Hearing Date

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, that is, T. LOUIS PALAZZO, ESQ., of the law firm of PALAZZO LAW FIRM on behalf of Defendant/CounterPlaintiff, KEITH HARRIMAN; and CHRISTOPHER M. KELLER, ESQ., of the law firm of PYATT SILVESTRI & HANLON, on behalf of Plaintiff/CounterDefendant, ALLSTATE INDEMNITY COMPANY, that Plaintiff's Complaint and the Counterclaim of KEITH HARRIMAN against ALLSTATE INDEMNITY COMPANY be dismissed with prejudice, each party to bear their own costs.

DATED this _2nd_ day of ~~March~~ May, 2012.

PYATT SILVESTRI & HANLON

_____
CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant

MCCORMICK BARSTOW LLP

_____
GORDON M. PARK, ESQ.
Nevada Bar No. 7124
8337 W. Sunset Rd., Suite 350
Las Vegas, NV 89113
Attorneys for Plaintiff
ALLSTATE INDEMNITY COMPANY

PALAZZO LAW FIRM

_____
T. LOUIS PALAZZO, ESQ.
520 S. Fourth St.
Las Vegas, NV 89101
Attorneys for Defendant/Counterclaimant

## ORDER

IT IS SO ORDERED this 4th day of May, 2012 that Plaintiff's Complaint and the Counterclaim of Defendant KEITH HARRIMAN be dismissed with prejudice, each party to bear their own costs.

*[signature]*

U.S. DISTRICT COURT JUDGE

Submitted By:

PYATT SILVESTRI & HANLON

*[signature]*

CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorney for Plaintiff/Counterclaimant

Allstate Indemnity Corporation vs. Keith Harriman
Case No. 2:11-CV-00272-PMP-GWF
Stipulation and Order for Dismissal with Prejudice